UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Rodrick Jackson § 
 § CIVIL NO:
vs. § WA:18-CV-00015-RP
 § 
City of Hearne, Texas, John Naron, Pee Wee § 
Drake, Ruben Gomez, Emmett Aguirre,
Margaret Salvaggio, Bryan F. Russ Jr.,
Thomas Williams, Stephen Yohner, Patricia
Mendoza, Stephanie Rodriguez, Tangerlia
Taylor-Felton

# LIST OF WITNESSES FROM INJUNCTION HEARING

| BY | PLAINTIFF | BY | DEFENDANT |
|---|---|---|---|
| 1. | Chief Thomas Williams | 1. | |
| 2. | Lt. Pat Armstrong | 2. | |
| 3. | Martha Castilleja | 3. | |
| 4. | Rodrick Jackson Sr. | 4. | |
| 5. | Tangerlia Taylor-Felton | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |