# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| RODRICK JACKSON,<br>　　　*Plaintiff*<br><br>-vs-<br><br>CITY OF HEARNE, TEXAS, JOHN NARON, PEE WEE DRAKE, RUBEN GOMEZ, EMMETT AGUIRRE, MARGARET SALVAGGIO, BRYAN F. RUSS, JR., THOMAS WILLIAMS, STEPHEN YOHNER, STEPHANIE RODRIGUEZ, PAT ARMSTRONG, HAZEL EMBRA, JOYCE RATTLER,<br>　　　*Defendants* | §§§§§§§§§§§§§§§§<br><br>W-18-CV-00015-ADA |

## FINAL JUDGMENT

In accordance with the Order Dismissing Plaintiff's Claims with Prejudice (ECF No. 95), the Court enters its Judgment.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff take nothing, that the action be dismissed with prejudice, and that the parties bear their own costs of action.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any relief not specifically granted in this Judgment is **DENIED**.

**SIGNED** this 18th day of June, 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE